**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6518

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSE RUIZ RIVERA, a/k/a Miguelito, a/k/a Miguel,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  James C. Dever III, District Judge.  (4:11-cr-00122-D-1)

Submitted:  September 19, 2024                     Decided:  September 24, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jose Ruiz Rivera, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Ruiz Rivera appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction.  We have the reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Rivera*, No. 4:11-cr-00122-D-1 (E.D.N.C. May 15, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*